<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

<table>
<tr><td>

ANGELA PATRIZI,

     *Plaintiff,*

v.

FAMILY MOVING, LLC, and GREEN'S
MOBILE REPAIR & TOWING, LLC, and
JOHN DOES 1-10,

     *Defendants.*

</td><td>

Civil Action: 2:26-cv-02787-JKS-JSA

**OPINION and ORDER**

July 6, 2026

</td></tr>
</table>

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court upon Plaintiff Angela Patriz's ("Plaintiff") Motion for Extension of Time to Effectuate Service (ECF 6, "Motion" or "Mot.") on defendant Family Moving, LLC ("Defendant"); and

**WHEREAS** Plaintiff filed their Complaint on March 18, 2026 and summons were issued on March 19, 2026. (ECF Nos. 1, 3.) Plaintiff was therefore required to serve all defendants in this action by June 16, 2026, 90 days after the filing of the Complaint. Fed. R. Civ. P. 4(m). Plaintiff failed to file proof of service against any defendant in this matter within the 90-day window; and

**WHEREAS** on June 26, 2026, this Court issued a Notice of Call for Dismissal ("Notice") pursuant to Rule 4(m) due to Plaintiff's failure to serve any defendants in this matter. (ECF No. 4.) In response to the Notice, on July 2, 2026, Plaintiff filed proof of service on defendant Green's Mobile Repair & Towing, LLC which occurred on May 26, 2026. (ECF 5.); and

1

**WHEREAS** Plaintiff claims in their Motion that they are "sedulously"" seeking a process server for defendant Family Moving, LLC and ask for a sixty day extension of time to effectuate service under the courts discretionary authority. *See Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298, 1305 (3d Cir. 1995) (holding district courts may extend time to effectuate service absent a showing of good cause); and

**WHEREAS** the Court holds that Plaintiff has not demonstrated good cause for failing to serve Defendant. The Third Circuit has held that "half-hearted efforts by counsel to effect service of process prior to the deadline does not necessarily excuse delay[.]" *Id*. at 1307 (cleaned up). Plaintiff's claims that the services processers they contacted did not respond to them or were unable to help them (Mot. ¶¶ 5, 7) simply shows that Plaintiff failed to timely retain a service processer for Defendant. Furthermore, that Plaintiff waited until after the 90-day deadline to file proof of service on defendant Green's Mobile Repair & Towing, LLC is evidence of Plaintiff's failure to adequately manage service in this matter. (*See* Mot., Exhibit A.) Such excuses do not demonstrate a reasonable basis for failing to meet the service deadline. *See Dominic v. Hess Oil V.I. Corp.*, 841 F2d 513, 517 (1988) (holding excusable neglect requires "a demonstration of good faith on the part of the party seeking an enlargement and some reasonable basis for noncompliance within the time specified in the rules[.]"); and

**WHEREAS** despite Plaintiff's failure to show good cause for delay, the Court finds that an extension is warranted in this instance. Defendants will not be prejudiced if this Court grants Plaintiff's Motion. No defendant has appeared in this matter and adversarial motion practice has not begun. The fact that Plaintiff served defendant Green's Mobile Repair & Towing, LLC within the 90-day window shows Plaintiff is actively litigating this case. (ECF 5.) Upon information and belief, Defendant has no notice of this action. Therefore, the Court grants Plaintiff a thirty day

2

extension to effectuate service on Defendant from the date of this Opinion and Order.  Plaintiff may file another request to extend time to serve Defendant upon a showing of good cause. Accordingly, for the reasons articulated above;

**IT IS** on this **6th** day of **July 2026** hereby:

1. **ORDERED** that Plaintiff's Motion for Extension of Time to Effectuate Service (ECF 6) is **GRANTED**; and it is further

2. **ORDERED** that Plaintiff shall have thirty (30) days from the date of this Opinion and Order to file proof of service on Defendant with this Court; and it is further

3. **ORDERED** that Plaintiff is granted leave to file another request for an extension of time to effectuate service upon a demonstrated good-faith effort to comply with this Opinion and Order.

   **SO ORDERED.**

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:       Clerk
cc:         Jessica S. Allen, U.S.M.J.
            Parties

3